United States District Court
Southern District of Texas
**ENTERED**
May 20, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| **LANDON T. JONES a/k/a** **ADOBE BRYANT**, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No.  3:22-cv-00103 |
| | § § | |
| **NIKE, INC., BSN SPORTS, LLC and** **DICK'S SPORTING GOODS, INC.**, | § § § § | |
| *Defendants.* | § § | |

## ORDER

**THIS CAUSE** came before the Court on the Defendants' Agreed Motion for Enlargement of Time to file their Reply to Plaintiff's Complaint [ECF No. 1], and the Court having reviewed the Motion, being advised that the Parties have agreed to this relief, and being otherwise advised in the premises, it is:

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.

2. Defendants shall have until June 13, 2022 to Answer to Plaintiff's Original Complaint and

3. Plaintiff shall have a 30-day extension to respond to Defendants' Answer.

Date: May **20**, 2022

_____
Hon. Andrew Edison
United States District Court