UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **LANDON T. JONES a/k/a ADOBE BRYANT**, | § § § § § | |
| *Plaintiff* | § § | |
| v. | § § | Civil Action No.  3:22-cv-00103-JVB |
| | § § | |
| **NIKE, INC., BSN SPORTS, LLC and DICK'S SPORTING GOODS, INC.**, | § § § § | |
| *Defendants*. | § § § | |
| **NIKE, INC.**, | § § § | |
| *Counter-Plaintiff,* | § § | |
| v. | § § § | |
| **LANDON T. JONES a/k/a ADOBE BRYANT** | § § § § | |
| *Counter-Defendant.* | § § | |

**DEFENDANT/COUNTER-PLAINTIFF NIKE INC.'S
CORPORATE DISCLOSURE STATEMENT**

  Defendant/Counter-Plaintiff Nike Inc., by and through its attorneys, make the following disclosures in accordance with Federal Rule of Civil Procedure 7.1:

  NIKE is a public corporation organized and existing under the laws of the state of Oregon with its principal place of business in Beaverton, Oregon. NIKE does not have a parent corporation and no publicly held company owns 10% or more of NIKE stock.

1

Dated: June 13, 2022                    Respectfully submitted,

**DLA PIPER LLP (US)**

By:   <u>/s/ Mark A. Waite</u>
Mark A. Waite
Texas Bar No. 00791865
Mark.Waite@us.dlapiper.com
845 Texas Avenue, Suite 3800
Houston, Texas 77002-5005
Tel: (713) 425-8445
Fax: (713) 425-8401

Tamar Y. Duvdevani (*Pro Hac Vice* Forthcoming)
Tamar.duvdevani@us.dlapiper.com
Marc E. Miller (*Pro Hac Vice* Forthcoming)
Marc.miller@us.dlapiper.com
Joshua Schwartzman (*Pro Hac Vice* Forthcoming)
Joshua.schwartzman@us.dlapiper.com
1251 Avenue of the Americas 27th Floor
New York, New York 10020

*Attorneys for Defendant/Counter-Plaintiff Nike, Inc. and Defendants BSN Sports, LLC and Dick's Sporting Goods, Inc. and*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this, this the 13th day of June, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

<u>/s/ Mark A. Waite</u><br>
Mark A. Waite