United States District Court
Southern District of Texas
**ENTERED**
March 07, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LANDON T. JONES, *a/k/a Adobe Bryant*, | § § § | |
| Plaintiff, | § § | |
| vs. | § | CIVIL ACTION NO. G-22-103 |
| NIKE, INC., *et al.*, | § § § | |
| Defendants. | § § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION,
GRANTING THE DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT, AND ENTERING FINAL JUDGMENT**

This court has reviewed the Memorandum and Recommendation of Judge Andrew M. Edison signed on February 20, 2024. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(B). No objections have been filed. Based on the record, the parties' briefs, and the applicable law, the court finds that the decision granting the Defendants' Motion for Summary Judgment is supported by the record and the applicable law. The court adopts Judge Edison's Memorandum and Recommendation as this court's Memorandum and Order.

The Motion for Summary Judgment, (Docket Entry No. 32), is granted, and this civil action is dismissed with prejudice. This is final judgment.

SIGNED on March 7, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge